304 U.S. 562
 58 S.Ct. 943
 82 L.Ed. 1529
 CITY OF FORT WORTH et al., petitioners,
v.
LONE STAR GAS COMPANY.*
 No. 874.
 Supreme Court of the United States
 April 25, 1938
 
 Mr. R. E. Rouer, of Fort Worth, Tex., for petitioners.
 
 
 1
 For opinion below, see 93 F.2d 584.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 589, 58 S.Ct. 1044, 82 L.Ed. ——.